J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendant*
*BAC Home Loans Servicing, LP*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL and COLEEN HUBEL, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A., a corporation, et al.,<br><br>Defendants. | Case: 2:10-cv-01476-JCM-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendant BAC Home Loans Servicing, LP's Motion to Dismiss on December 2, 2010 [DE 13].

Defendant further requests that the lis pendens currently recorded against the subject property by Plaintiffs Michael and Coleen Hubel ("Plaintiffs") be canceled.

The Court finds that Plaintiffs recorded a Notice of Pendency of Action ("Lis Pendens") on or about July 30, 2010, in Book No. 20100730 as Instrument No. 001866 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendant its requested relief and rules as follows:

1.   IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this 9th day of December, 2010.

By _____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By: /s/ J. Christopher Jorgensen
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Attorneys for Defendant

EXHIBIT "A"

.

EXHIBIT "A"



Inst #: 201007300001866
Fees: $15.00
N/C Fee: $25.00
07/30/2010 12:08:14 PM
Receipt #: 446757
Requestor:
BOGGES & HARKER
Recorded By: MSH   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 177-02-210-004
11-digit parcel number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Lis Pendens

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested by:**
Boggess + Harker

**Return To:**
Name Michael J. Harker, Esq.
Address 5550 Painted Mirage Rd. #255
City/State/Zip Las Vegas, NV 89149

This page added to provide additional information required by NRS 111.312 Section 1-2
(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CS 02/07

**PARCEL NO (177-02-210-004)**
**BOGGESS & HARKER**
**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
5550 Painted Mirage Road, Suite 255
Las Vegas, Nevada 89149
(702) 233-5040
Attorney for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MICHAEL and COLEEN HUBEL, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, a Subsidiary of BANK OF AMERICA N.A. a Corporation and DOES I through X inclusive,<br><br>Defendants. | CASE NO: A-10-621668<br>DEPT NO: XVI<br><br><br>**NOTICE OF LIS PENDENS** |

NOTICE is hereby given that an action has been commenced and is now pending in this court on the Complaint of the above-named Plaintiff against the above-named Defendants, seeking that the title to said interest of the parties to be granted to Plaintiff.

The real property in the County of Clark affected thereby is particularly described as follows:

SUNSET BAY CONDO
PLAT BOOK 47 PAGE 7
UNIT 104 BLDG 1

PARCEL NO. 177-02-210-004

Commonly known as 6851 Tamarus Street #104, Las Vegas, Nevada 89119.

DATED this 29th day of July, 2010.

                                        BOGGESS & HARKER

                                        BY: /s/ Michael J. Harker
                                        MICHAEL J. HARKER, ESQ.,
                                        Nevada State Bar Number 5353
                                        5550 Painted Mirage Road, Suite 255
                                        Las Vegas, NV 89149
                                        Attorney for Plaintiffs

                                        hubel.lispens07.10.mw.wpd